NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-532

STATE OF LOUISIANA

VERSUS

MAUREEN VALLOT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT,
PARISH OF IBERIA, NO. 03-J-935
HONORABLE KEITH COMEAUX, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GLENN B. GREMILLION
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Marc T. Amy, and Glenn B. Gremillion, Judges.

MOTION FOR APPOINTMENT
OF COUNSEL DENIED.

MAUREEN VALLOT
7739 A Main Highway
St. Martinville, LA 70582
DEFENDANT/APPELLANT, PRO SE

INDIGENT DEFENDER BOARD
110 Washington Street
New Iberia, LA  70560
(337) 365-4006
COUNSEL FOR DEFENDANT/APPELLANT:
    MAUREEN VALLOT

1

**A.C. ELIAS**
**DISTRICT ATTORNEY'S OFFICE**
**300 Iberia Street**
**New Iberia, LA 70560**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
**STATE OF LOUISIANA**